1  Douglas C. Erickson, No. 012130
2  derickson@mmcec.com
   Daniel D. Maynard, No. 009211
3  dmaynard@mmcec.com
4  **MAYNARD CRONIN ERICKSON**
   **CURRAN & REITER, P.L.C.**
5  3200 North Central Avenue, Ste. 1800
   Phoenix, Arizona  85012
6  (602) 279-8500

7  Attorneys for Plaintiffs

8  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9  **IN AND FOR THE COUNTY OF MARICOPA**

10
11  William Gardner, an individual; Way Too     CV_____
    Cool, LLC, an Arizona limited liability
12  company,
                                                **SUMMONS**
13                     Plaintiffs,

14  v.

15
16  Engenious Designs, LLC; Rhett Peterson, an
    individual; Mark Cole, an individual;
17  Nicholas R. Brown and Jaci D. Brown,
    husband and wife; Fluorescent Mineral
18  Society, a foreign entity; FMS Mineral Group
    (on Facebook), a foreign entity; Fluorescent
19  Mineral Mart (on Facebook), a foreign entity,

20                     Defendants.

21

22  **THE STATE OF ARIZONA TO THE DEFENDANT:**

23              **Fluorescent Mineral Society**
                **PO Box 572694**
24              **Tarzana, CA  91357-2694**

25      **YOU ARE HEREBY SUMMONED** and required to appear and defend, within

26  the time applicable, in this action in this Court.  If served within Arizona, you shall

27  appear and defend within 20 days after the service of the summons and Complaint upon
28

*(left margin, vertical text)* Maynard Cronin Erickson Curran & Reiter, P.L.C.
ATTORNEYS AT LAW
3200 N. Central Avenue., Ste. 1800
Phoenix, Arizona 85012

you, exclusive of the day of service.  If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service.  Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after the date of such service upon the Director.  Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receive and affidavit of service with the Court.  Service by publication is complete 30 days after the date of first publication.  Direct service is complete when made.  Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return.  RCP 4; A.R.S. §§ 20-222, 28-502, 18-503.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

**YOU ARE HEREBY NOTIFIED** that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

1

2

3   **YOU ARE CAUTIONED** that in order to appear and defend, you must file an

4   Answer or proper response in writing with the Clerk of this Court, accompanied by the

5   necessary filing fee, within the time required, and you are required to serve a copy of any

6   Answer or response upon the Plaintiff's attorney.  RCP 10(d); A.R.S. §§ 12-311; RCP 5.

7       The name and address of Plaintiff's attorneys are:

8           Douglas C. Erickson, Esq.

9           Maynard Cronin Erickson  Curran & Reiter, P.L.C.
        3200 North Central Avenue, Suite 1800

10          Phoenix, Arizona  85012
        (602) 279-8500

11

12          SIGNED AND SEALED this date:

13

14          _____

15          Clerk

16          By_____

17                  Deputy Clerk

18

19

20

21

22

23

24

25

26

27

28