Douglas C. Erickson, No. 012130
derickson@mmcec.com
Daniel D. Maynard, No. 009211
dmaynard@mmcec.com
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona  85012
(602) 279-8500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Gardner, an individual; Way Too Cool, LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Engenious Designs, LLC; Rhett Peterson, an individual; Mark Cole, an individual; Nicholas R. Brown and Jaci D. Brown, husband and wife; Fluorescent Mineral Society, a foreign entity; FMS Mineral Group (on Facebook), a foreign entity; Fluorescent Mineral Mart (on Facebook), a foreign entity,<br><br>Defendants. | No. 2:20-cv-00206-GMS<br><br>**FIRST AMENDED COMPLAINT** |

Plaintiffs, William Gardner ("Gardner") and Way Too Cool, LLC ("WTC"), for their First Amended Complaint against the defendants, allege as follows:

1. Plaintiff Gardner is an individual residing in Maricopa County, Arizona.

2. Plaintiff WTC is a limited liability company duly organized under the laws of the State of Arizona, with its principal place of business in Glendale, Arizona.

3. Defendant Engenious Designs, LLC ("Engenious") is a foreign entity doing business with a regular and established place of business in Louisburg, Kansas.  It does

- 1 -

business throughout the country, and specifically within the State of Arizona. It markets, sells, offers for sale, and/or distributes certain products in the State of Arizona, among other places.

4. Upon information and belief, Defendant Rhett Peterson is an individual who resides in Missouri, but does business and/or sends communications throughout the country, and specifically within the State of Arizona. He markets, sells, offers for sale, distributes, and/or facilitates the same as to certain products in the State of Arizona, among other places.

5. Upon information and belief, Defendant Mark Cole is an individual who resides in Tennessee, but does business and/or sends communications throughout the country, and specifically within the State of Arizona. He markets, sells, offers for sale, distributes, and/or facilitates the same as to certain products in the State of Arizona, among other places.

6. Upon information and belief, Defendants Nicholas R. Brown and Jaci D. Brown, upon information and belief, are husband and wife, who reside in Kansas, but do business and/or send communications throughout the country, and specifically within the State of Arizona. They market, sell, offer for sale, distribute, and/or facilitate the same as to certain products in the State of Arizona, among other places.

7. Upon information and belief, Defendant Fluorescent Mineral Society is a foreign entity or association, doing business with a regular and established place of business in California. It does business and/or sends communications throughout the country, and specifically within the State of Arizona. It markets, sells, offers for sale, distributes, and/or facilitates the same as to certain products in the State of Arizona, among other places.

8. Upon information and belief, Defendant FMS Mineral Group is a foreign entity or association, doing business with a regular and established place of business in California. It does business and/or sends communications throughout the country, and specifically within the State of Arizona. It markets, sells, offers for sale, distributes, and/or facilitates the same as to certain products in the State of Arizona, among other places.

9. Upon information and belief, Defendant Fluorescent Mineral Mart is a foreign entity. It does business and/or sends communications throughout the country, and specifically within the State of Arizona. It markets, sells, offers for sale, and/or distributes certain products in the State of Arizona, among other places.

10. This is an action for declaratory judgment under the laws of the United States, namely, 28 U.S.C. § 2201. This Court has jurisdiction, pursuant to 28 U.S.C. §§ 1331, 1337(a), 1338(a), and/or 1367.

11. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c).

12. On August 24, 2010, Patent No. 7,781,751 for a "Portable Wavelength Transforming Converter for UV LEDs" issued. The patent is referred to hereinafter as "the 751 Patent."

13. Gardner is the inventor and owner of the 751 Patent.

14. WTC designs, manufactures, markets, and sells certain ultraviolet flashlights and lamps, which are used in connection with rock and mineral examination and collection, among other things.

15. WTC licenses the 751 Patent technology and sells products utilizing it.

16. Defendants have infringed the 751 Patent by designing, making, manufacturing, distributing, marketing, offering for sale, and/or selling products or systems that fall within the scope of the 751 Patent claims, including but not limited to products referred to as DBL BARREL, PRPLHAZE, and other names.

17. In the alternative or in addition, Defendants have contributorily infringed the 751 Patent by inducing others to use and practice a product or system that falls within the scope of the 751 Patent claims.

18. Defendants also have created or provided a platform, network, or forum for others to post, market, offer to sell, sell, and/or distribute infringing products.

19. Plaintiffs have demanded that Defendants stop their infringing activities on multiple occasions, or in the alternative, enter into a license agreement.

20. Defendants have continued to infringe and/or induce infringement of the 751 Patent even after having an opportunity to learn, study, and analyze the claims of the patent, and they have refused to discuss any license.

21. Defendants also have asserted that the 751 Patent is invalid and/or unenforceable.

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

A. That this Court enter its judgment declaring that the 751 Patent is valid and enforceable;

B. That this Court enter its judgment declaring that, at a minimum, Defendants' products identified herein infringe the 751 Patent;

C. For such other and further relief as the Court deems just and proper.

### JURY DEMAND

A trial by jury is hereby demanded as to all issues triable to a jury by law.

DATED this 2nd day of March, 2020.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By: /s/Douglas C. Erickson
Douglas C. Erickson
Daniel D. Maynard
3200 North Central Ave., Ste. 1800
Phoenix, Arizona 85012
Attorneys for Plaintiffs

**ORIGINAL** of the foregoing filed this 2nd day of March, 2020 via ECF with:

Clerk of the Court
United States District Court
401 W. Washington
Phoenix, AZ 85003

By /s/Stacey McClellan

F:\CLIENTS\GARDNER.13629\PLDG\FAC.wpd