Douglas C. Erickson, No. 012130
derickson@mmcec.com
Daniel D. Maynard, No. 009211
dmaynard@mmcec.com
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Gardner, an individual; Way Too Cool, LLC, an Arizona limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>Engenious Designs, LLC; Rhett Peterson, an individual; Mark Cole, an individual; Nicholas R. Brown and Jaci D. Brown, husband and wife; Fluorescent Mineral Society, a foreign entity; FMS Mineral Group (on Facebook), a foreign entity; Fluorescent Mineral Mart (on Facebook), a foreign entity.<br><br>Defendants. | 2:20-cv-00206-GMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs voluntarily dismiss this action without prejudice.

DATED this 20th day of July, 2020.

**MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.**

By:   /s/Douglas C. Erickson
       3200 N. Central Avenue, Suite 1800
       Phoenix, Arizona 85012
       Attorneys for Plaintiffs

**ORIGINAL** of the foregoing e-filed this 20th day of July, 2020 via ECF with:

Clerk of the Court
United States District Court
401 W. Washington
Phoenix, AZ 85003

By: /s/Stacey McClellan

- 2 -